**2013–0342. State v. Widmer.**
Warren App. No. CA2012–02–008, 2013-Ohio-62.
LANZINGER and O'NEILL, JJ., dissent.

**2013–0343. State v. Nichols.**
Adams App. No. 12CA955, 2013-Ohio-308.
O'NEILL, J., dissents.

**2013–0344. State v. Senu–Oke.**
Franklin App. No. 12AP–658, 2013-Ohio-83.

**2013–0359. State v. Pellegrini.**
Allen App. No. 1–12–30, 2013-Ohio-141.

**2013–0360. MacDonald v. Auto–Owners Ins. Co.**
Allen App. No. 1–12–25, 2012-Ohio-5949.
O'CONNOR, C.J., and KENNEDY, J., dissent.

**2013–0361. State v. Hunley.**
Lucas App. Nos. L–11–1066 and L–11–1068, 2013-Ohio-129.
O'NEILL, J., dissents.

**2013–0362. Todd v. Cleveland.**
Cuyahoga App. No. 98333, 2013-Ohio-101.
KENNEDY, J., dissents.

**2013–0365. Haselman v. Rittner.**
Fulton App. No. F–12–017.

**2013–0366. State v. Holmes.**
Coshocton App. No. 2012CA0017.

**2013–0368. In re Estate of Luoma.**
Lake App. No. 2012–L–046, 2013-Ohio-148.

**2013–0369. Smiley v. Professional Staff Mgt., Inc.**
Van Wert App. No. 15–12–12, 2013-Ohio-139.
PFEIFER, J., dissents.

**2013–0373. State v. Duncan.**
Hamilton App. No. C–120324, 2013-Ohio-381.
LANZINGER, J., dissents.
FRENCH, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0374. Snyder v. Manuel.**
Hancock App. No. 5–11–39, 2012-Ohio-5951.
O'DONNELL, J., dissents.

**2013–0388. State v. Phillips.**
Van Wert App. No. 15–12–02, 2012-Ohio-5950.
O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law Nos. I and III.

**2013–0392. State v. Brody.**
Lake App. Nos. 2012–L–050, 2012–L–051, and 2012–L–052, 2013-Ohio-340.

**2013–0397. Wells Fargo Bank, N.A. v. Hazel.**
Franklin App. No. 11AP–1061, 2012-Ohio-5770.

**2013–0404. Davis v. Davis.**
Geauga App. No. 2011–G–3018, 2013-Ohio-211.

**2013–0415. Linetsky v. DeJohn.**
Cuyahoga App. No. 98370, 2012-Ohio-6140. Discretionary appeal not accepted. Motion to stay pending appeal and to continue supersedeas bond denied as moot.